IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LEDIC MANAGEMENT GROUP,
INC. agent of The Peaks at West
Atlanta,

   Plaintiff,

    v.

CANDICE MARRIA
AND ALL OTHER OCCUPANTS,

   Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-1253-TWT

**ORDER**

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the action for lack of subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Fulton County.

SO ORDERED, this 20 day of May, 2014.

              /s/Thomas W. Thrash
              THOMAS W. THRASH, JR.
              United States District Judge